Label Matrix for local noticing
1129-5
Case 13-50024-WSS
Northern District of Florida
Panama City
Fri Apr  5 11:14:14 EDT 2013

2600 Dawson Road, LLC
Attn:  Sam Shugart
1704 Guillionville Road
Albany, GA 31707-3735

American InfoSource LP as agent for T Mobile
PO Box 248848
Oklahoma City, OK 73124-8848

Ameris Bank
c/o J. Ellsworth Summers, Jr., Esq.
Rogers Towers, P.A.
1301 Riverplace Blvd., Ste. 1500
Jacksonville, FL 32207-1811

Branch Banking and Trust Company
c/o Greenberg Traurig, P.A.
Attn: Robert Soriano
625 E. Twiggs Street, Suite 100
Tampa, FL 33602-3925

Colony Bank
P.O. Box 989
Fitzgerald, GA 31750-0989

Crimson Portfolio, LLC
c/o McCalla Raymer, LLC
225 E. Robinson St., Ste. 660
Orlando, FL 32801-4321

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Fifth And Third, LLC
c/o Akerman Senterfitt
350 E. Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-4247

Highland Land Company, LLC
6615 W. Boynton Beach Boulevard
Suite 396
Boynton Beach, FL 33437-3526

Summit Bank, N.A.
PO Box 399
Crestview, FL 32536-0399

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301-7736

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

*2600 Dawson Road, LLC
1108 W. Broad Avenue
Albany, GA 31707-4340

*BB&T
3233 Thomasville Road
Tallahassee, FL 32308-7953

*CLAM Group, LLC
329 North Broad Street
Thomasville, GA 31792-8101

*Capital City Bank
c/o Ausley and McMullen
Attn: James Donohue
1223 S Calhoun St, POB 391
Tallahassee, FL 32302-0391

*Colony Bank
2509 Ledo Road
Albany, GA 31707

*Florida Fifth & Third, LLC
c/o Universal Realty Group
2241 West Howard St.
Chicago, IL 60645-1908

*Sabal Financial Group, L.P.
465 N. Halstead Street
Suite 105
Pasadena, CA 91107-3144

*Summit Bank
345 East James Lee Blvd.
Crestview, FL 32539-2826

*Trustmark National Bank
238 Scenic Gulf Drive
Miramar Beach, FL 32550-4941

*U.S. Bank National Association
c/o Clarfield, Okon, Salomone &
Pincus, P.L.
500 S. Australian Avenue, Ste. 730
West Palm Beach, FL 33401-6237

2600 Dawson Road, LLC
C/O Black, Custer & Lynch, LLC
Attn: M. Jeremy Lynch
PO Box 2023
Albany, Ga 31702-2023

2600 Dawson Road, LLC
c/o Sam Shugart
1704 Guillionville Road
Albany, GA 31707-3735

2600 Dawson Road, LLC.
c/o Black, Custer & Lynch, L.L.C.
Attn.: Eugene C. Black, Jr.
121 Westover Blvd.
Albany, GA 31707-2949

A Safe Place, LLC
1100 S.W. 4th Avenue - 21B
Delray Beach, FL 33444-2280

ABRTL LLC AND AM CERT LLC PARTNERSHIP
4747 Executive Drive, Suite #510
San Diego, CA 92121-3100

Alexis, Leluxe
1100 SW 4th Avenue - 15A
Delray Beach, FL 33444-2280

Alexis, Marie Fanie
1100 SW 4th Avenue
Unit 15A
Delray Beach, FL 33444-2280

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Ameris
P.O. Box 3668
Moultrie, GA 31776-3668

Ameris
c/o Rogers Towers P.A.
Attn.: Ellsworth Summers, Jr.
1301 Riverplace Blvd., #1500
Jacksonville, FL 32207-1811

BB & T
c/o Greenberg Traurig, P.A.
Attn.: John K. Londot
101 East College Avenue
Tallahassee, FL 32301-7743

Bailey, Betty W.
6420 Amanda Court
Crestview, FL 32536-7217

Bailey, William
6420 Amanda Court
Crestview, FL 32536-7217

Bailey, William A.
6420 Amanda Court
Crestview, FL 32536-7217

Bailey, William and Betty
6420 Amanda Court
Crestview, FL 32536-7217

Bay County Tax Collector
P.O. Box 2285
Panama City, FL 32402-2285

Bella's Hair Salon
2610 Dawson Road, #12
Albany, GA 31707-1652

Block USA, Gulf Coast Div.
P.O. Box 1227
Mobile, AL 36633-1227

Block USA, Gulf Coast Div.
c/o McDonald-Fleming-Moorhead
Attn.: Tanya Vaughn
25 West Government St.
Pensacola, FL 32502-5813

Brunson Martial Arts
2610 Dawson Road, #19
Albany, GA 31707-1653

CLAM Group, LLC.
c/o Thomas B. Woodward, Esq.
Attn.: Thomas B. Woodward
104 W. 4th Avenue
Tallahassee, FL 32303-6153

CLAM Group, LLC.
c/o Whitehurst, Blackburn & Warren
Attn.: William H. Blackburn
809 S. Broad St.
Thomasville, GA 31792-6173

CMJM Properties, LLC
6615 W. Boynton Beach Blvd., Suite 396
Boynton Beach, FL 33437-3526

Capital Circle Comm. Center Assoc.
c/o Service Plus Office Machine
500 Capital Circle S.E.
Tallahassee, FL 32301-3803

Capital City Bank
c/o Ausley & McMullen
Attn.: James Donahue
123 S Calhoun St, POB 391
Tallahassee, FL 32302-0391

Center for Balance & Well Being
2610 Dawson Road, #6
Albany, GA 31707-1652

Clark, Keith H.
145 County Club Road
Shalimar, FL 32579-1636

Coach's
2610 Dawson Road, #10 and #11
Albany, GA 31707-1652

Colony
c/o Langley & Lee, LLC
Attn.: Timothy O. Davis
P.O. Box 607
Albany, GA 31702-0607

Commercial Bank
Attn.: Fred Jefferson
101 S. Crawford Street
Thomasville, GA 31792-5502

Critchfield, Rachel
108 Hillside Ct.
Leesburg, GA 31763-4578

Crutchfield, Rachel
108 Hillside Ct.
Leesburg, GA 31763-4578

David M. Wolfson
1010 Williams Street
Valdosta, Georgia 31601-4039

Deborah Dunlap
P.O. Box 6161
Vero Beach, FL 32961-6161

Douglas E. Turner
P. O. Box 6719
Miramar Beach, FL 32550-1010

Fadoasse, Chavanne
1100 SW 4th Avenue - 4B
Delray Beach, FL 33444-2287

| | | |
|---|---|---|
| Fall Ridge of Delray Condo Assoc<br>c/o James M. Painter, Esq.<br>1300 N. Federal Highway<br>Suite 110<br>Boca Raton, FL 33432-2848 | Fall Ridge of Delray Condominium<br>Association, Inc.<br>6615 W. Boynton Beach Blvd.<br>Suite 396<br>Boynton Beach, FL 33437-3526 | Federal National Mortgage Assoc<br>c/o Law Offices of Daniel C. Consuegra<br>Attn.: Maria T. Palacios<br>9204 King Palm Drive<br>Tampa, FL 33619-8331 |
| Federal National Mortgage Association<br>c/o Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | Florida Fifth And Third, LLC<br>c/o Eyal Berger, Esq.<br>Akerman Senterfitt<br>350 E. Las Olas Blvd - Suite 1600<br>Fort Lauderdale, FL 33301-4247 | Florida Fifth and Third, LLC<br>c/o Morgan, Olsen & Olsen<br>Attn.: Walter Morgan<br>633 S. Federal Highway<br>Ft. Lauderdale, FL 33301-3163 |
| Flowers, Jr., Langdon S.<br>329 North Broad Street<br>Thomasville, GA 31792-8101 | Frederick E. Turner<br>254 Rose Hill Drive North<br>Tallahassee, FL 32312-9021 | George C. McIntosh<br>236 Willow Lake Drive<br>Leesburg, GA 31763-5378 |
| Georgia Personnel Services<br>2610 Dawson Road, #8<br>Albany, GA 31707-1652 | Gonzales, Yasmin<br>1100 SW 4th Avenue - 10C<br>Delray Beach, FL 33444-2287 | Grady County Tax Commissioner<br>114 First Street, N.E.<br>Cairo, GA 39828-2123 |
| Guillaume, Iliomene<br>1100 SW 4th Avenue, #11B<br>Delray Beach, FL 33444-2287 | Guillaume, Illiomen<br>1100 SW 4th Avenue - 11B<br>Delray Beach, FL 33444-2287 | Heritage Plantation Community<br>Development District<br>3434 Colwell Avenue<br>Suite 200<br>Tampa, FL 33614-8390 |
| Heritage Plantation Homeowners<br>Association<br>6615 W. Boynton Beach Boulevard<br>Suite 396<br>Boynton Beach, FL 33437-3526 | Hopkins, Brian and Ashley<br>138 Fairthorne Drive<br>Leesburg, GA 31763-5392 | Inman, J.C.<br>398 Charles Circle<br>Pace, FL 32571 |
| Jules, Julener<br>1100 SW 4th Avenue - 3C<br>Delray Beach, FL 33444-2254 | Karl E. Osmus<br>David M. Wolfson, P.C.<br>1010 Williams Street<br>Valdosta, Georgia 31601-4039 | Kirbo & Kirbo<br>Attn.: Glenn Kirbo<br>2405 Westgate Dr.<br>Albany, GA 31707-2225 |
| Langdon S. Flowers, Jr.<br>329 North Broad Street<br>Thomasville, GA 31792-8101 | Lee County Tax Collector<br>100 Starksville Ave. N.<br>Leesburg, GA 31763-4548 | Leon County Tax Collector<br>P.O. Box 1835<br>Tallahassee, FL 32302-1835 |
| Losowe Capital, Inc.<br>6615 W. Boynton Beach Blvd.<br>Suite 396<br>Boynton Beach, FL 33437-3526 | Losowe Capital, Inc.<br>c/o James M. Painter, Esq.<br>1300 N. Federal Highway<br>Suite 110<br>Boca Raton, FL 33432-2848 | Marc, Marcel<br>1100 SW 4th Avenue - 11A<br>Delray Beach, FL 33444-2287 |
| McIntosh, George C.<br>236 Willow Lake Drive<br>Leesburg, GA 31763-5378 | Melissa A. Youngman<br>McCalla Raymer, LLC<br>225 E. Robinson St., Ste. 660<br>Orlando, FL 32801-4321 | Miami Plantation<br>c/o Perry & Walters, LLP<br>Attn.: Richard Fields<br>212 North Westover Blvd.<br>Albany, GA 31707-2960 |

| | | |
|---|---|---|
| Miami Plantation, LLC<br>P.O. Box 997<br>Thomasville, GA 31799-0997 | Moise, Yvette<br>1100 SW 4th Avenue - 9B<br>Delray Beach, FL 33444-2253 | National Maintenance<br>c/o Mike Roberts<br>1219 W. Main Cross Rd.<br>Findley, OH 45840-0702 |
| Odean, Alex<br>1100 SW 4th Avenue - 2C<br>Delray Beach, FL 33444-2278 | Okaloosa County Tax Collector<br>P.O. Box 1390<br>Niceville, FL 32588-1390 | Palm Beach County Tax Collector<br>P.O. Box 3353<br>West Palm Beach, FL 33402-3353 |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | Paulzak, Gary<br>348 SW Miracle Strip Parkway<br>Suite 3A<br>Fort Walton Beach, FL 32548-5253 | Phoenix Realty Partners, Inc.<br>6615 W. Boynton Beach Blvd.<br>Suite 396<br>Boynton Beach, FL 33437-3526 |
| Prochette, Josette<br>1100 SW 4th Avenue, 18C<br>Delray Beach, FL 33444-2279 | Reeves Construction<br>2615 Old Jim Davis Road<br>Albany, GA 31721-4973 | Reeves Construction<br>c/o Moore, Clarke, Duvall, et al.<br>Attn.: Willis A. Duvall, Jr.<br>2829 Old Dawson Road<br>Albany, GA 31707-1402 |
| Robert A. Soriano, Esq.<br>Greenberg Traurig, P.A.<br>625 East Twiggs Street, Suite 100<br>Tampa, FL 33602-3925 | Saimpolin, Dauthan<br>1100 SW 4th Avenue - 10A<br>Delray Beach, FL 33444-2287 | Seaview Aquariums<br>2610 Dawson Road, #1<br>Albany, GA 31707-1652 |
| Southern Coastal Construction<br>& Development, LLC<br>6615 W. Boynton Beach Blvd.<br>Suite 396<br>Boynton Beach, FL 33437-3526 | Southern Coastal Construction &<br>Development, LLC<br>6615 W. Boynton Beach Blvd.<br>Suite 306<br>Delray Beach, FL 33444 | Stinson, Tommy and Tonie Logan<br>262 Willow Lake Drive<br>Leesburg, GA 31763-5378 |
| Summit Bank, N.A.<br>c/o Mead Law Firm<br>Attn.: John S. Mead<br>24 Walter Martin Rd. NE, #2<br>Ft. Walton Bch, FL 32548-4968 | Summit Bank, N.A.<br>c/o Philip A. Bates, P.A.<br>P. O. Box 1390<br>Pensacola, FL 32591-1390 | Surin, Fernema<br>1100 SW 4th Avenue - 18C<br>Delray Beach, FL 33444-2279 |
| Synovus<br>c/o Elliott, Blackburn, & Gooding, P.C.<br>Attn.: Walter G. Elliott<br>3016 North Patterson St.<br>Valdosta, GA 31602-1711 | Synovus<br>c/o Page, Scrantom, Sprouse, et al.<br>Attn.: Stephen G. Gunby<br>1111 Bay Avenue, 3rd Flr.<br>Columbus, GA 31901-5218 | Synovus Bank and Trust;<br>Div. of Synovus Bank<br>Attn.: John Creech, Sr. Dir.<br>1148 Broadway<br>Columbus, GA 31901-2429 |
| Tarver, Annesta<br>1100 SW 4th Avenue - 4A<br>Delray Beach, FL 33444-2287 | The St. Joe Company<br>113 South WaterSound Parkway<br>WaterSound, FL 32413 | Thomas County Tax Collector<br>P.O. Box 3175<br>Thomasville, GA 31799-3175 |
| Thomasville National Bank<br>P.O. Box 1999<br>Thomasville, GA 31799-1999 | Trustmark National Bank<br>c/o Clark, Partington, Hart, et al.<br>Attn.: William E. Bond, Jr.<br>125 W. Roman St., #800<br>Pensacola, FL 32502-5856 | US National Bank Assoc<br>c/o Clarfield, Okon, Salomone, et al.<br>Attn.: Sandra Rodriguez-Hickman<br>500 S. Autralian Ave., #730<br>West Palm Bch, FL 33401-6237 |

Unique Accessories
2610 Dawson Road, #14
Albany, GA 31707-1653

Wade, Ricky
1102 Ogelthorpe Street
Albany, GA 31707

Wakulla County Tax Collector
P.O. Box 280
Crawfordville, FL 32326-0280

Walden & Kirkland
P.O. Box 1787
Albany, GA 31702-1787

Waterfall Townhome Owners' Assoc., Inc.
6615 W. Boynton Beach Blvd.
Suite 396
Boynton Beach, FL 33437-3526

William and Betty Bailey
c/o Zalkin Revell, PLLC.
Attn.: Teresa M. Dorr
2441 US Highway 98 W, #109
Santa Rosa Bch, FL 32459-5386

United States Trustee +
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Philip Alan Bates +
Philip A. Bates, P.A.
P.O. Box 1390
Pensacola, FL 32591-1390

James M. Donohue +
Ausley & McMullen
P.O. Box 391
123 South Calhoun Street (32301)
Tallahassee, FL 32301-1517

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

David M. Wolfson +
David M. Wolfson, P.C.
1010 Williams Street
Valdosta, GA 31601-4039

Brian G. Rich +
Berger Singerman LLP
125 S. Gadsden Street, Suite 300
Tallahassee, FL 32301-1589

Robert A. Soriano +
Greenberg Traurig, P.A.
625 East Twiggs Street, Suite 100
Tampa, FL 33602-3925

Jason H. Egan +
Office of the U. S. Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

J. Ellsworth Summers Jr.+
Rogers Towers, P.A.
1301 Riverplace Blvd., Ste. 1500
Jacksonville, FL 32207-1811

Eyal Berger +
Akerman Senterfitt
350 E. Las Olas Blvd.
Suite 1600
Ft. Lauderdale, FL 33301-4247

Sarah St John Walton +
Philip A. Bates, P. A.
P. O. Box 1390
Pensacola, FL 32591-1390

Michael Howard Moody +
Berger Singerman LLP
125 S. Gadsden Street
Tallahassee, FL 32301-1589

Martin Jeremy Lynch +
PO Box 2023
Albany, GA 31702-2023

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)William S. Shulman

(d)Ameris Bank
c/o J. Ellsworth Summers, Jr., Esq.
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207-1811

(d)Center for Balance and Well Being
2610 Dawson Road, #6
Albany, GA 31707-1652

(d)Highland Land
6615 W. Boynton Beach Blvd.
Suite 396
Boynton Beach, FL 33437-3526

(d)Summit Bank, N.A.
c/o Philip A. Bates, P.A.
P.O. Box 1390
Pensacola, FL 32591-1390

(d)Melissa A. Youngman +
McCalla Raymer
225 E. Robinson Street, Suite 660
Orlando, FL 32801-4321

End of Label Matrix
Mailable recipients   139
Bypassed recipients     6
Total                 145