**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:

HIGHLAND LAND COMPANY, LLC,          Case No. 13-50024-WSS

        Debtor.

                                Chapter 11 Case

_____/

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on the 30th day of May, 2013, I served the *Amended Order and Notice of Hearing on Disclosure Statement* (ECF# 174) (the "Order"), by first class, U.S. Mail, in accordance with the Order and Fed. R. Bankr. P. 3017(a), upon all parties listed below.

                                BERGER SINGERMAN LLP
                                Attorneys for Debtor
                                125 South Gadsden Street, Suite 300
                                Tallahassee, FL  32301
                                Telephone:  (850) 561-3010
                                Facsimile:  (850) 561-3013

                                By: */s/   Brian G. Rich*_____
                                    Brian G. Rich
                                    Florida Bar No. 038229
                                    brich@bergersingerman.com

Susan S. Beard, Esq.
Securities & Exchange Commission
Branch of Reorganization
950 E. Paces Ferry Rd NE, Ste. 900
Atlanta, GA 30326-1382

Highland Land Company, LLC
Attn.:  Louis S. Weltman
6615 W. Boynton Beach Blvd.
Suite 396
Boynton Beach, FL 33437