# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1129−5 | User: fhoffman | Date Created: 6/19/2013 |
| Case: 13−50024−WSS | Form ID: pdf002 | Total: 162 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |
| cr  | Sherry Chancellor | sherry.chancellor@yahoo.com |
| aty | Brian G. Rich | brich@bergersingerman.com |
| aty | David M. Wolfson | banklaw@bellsouth.net |
| aty | Eyal Berger | eyal.berger@akerman.com |
| aty | Garvin B. Bowden | garvin@gbwlegal.com |
| aty | J. Ellsworth Summers, Jr. | jes@rtlaw.com |
| aty | James M. Donohue | jdonohue@ausley.com |
| aty | Jason H. Egan | jason.h.egan@usdoj.gov |
| aty | Kevin A. Forsthoefel | kforsthoefel@ausley.com |
| aty | Martin Jeremy Lynch | jlynch@bcandl−law.com |
| aty | Melissa A. Youngman | may@mccallaraymer.com |
| aty | Michael A Kaufman | michael@mkaufmanpa.com |
| aty | Michael Howard Moody | mmoody@bergersingerman.com |
| aty | Philip Alan Bates | pbates@philipbates.net |
| aty | Robert A. Soriano | sorianor@gtlaw.com |
| aty | Sarah St John Walton | swalton@philipbates.net |
| aty | Sarah St John Walton | swalton@philipbates.net |
| aty | Sherry F. Chancellor | sherry.chancellor@yahoo.com |

TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Highland Land Company, LLC    6615 W. Boynton Beach Boulevard    Suite 396    Boynton Beach, FL 33437 |
| cr | Florida Fifth And Third, LLC    c/o Akerman Senterfitt    350 E. Las Olas Blvd.    Suite 1600    Fort Lauderdale, FL 33301 |
| cr | Ameris Bank    c/o J. Ellsworth Summers, Jr., Esq.    Rogers Towers, P.A.    1301 Riverplace Blvd., Ste. 1500    Jacksonville, FL 32207 |
| cr | American InfoSource LP as agent for T Mobile/T−Mob    PO Box 248848    Oklahoma City, OK 73124−8848 |
| cr | Summit Bank, N.A.    PO Box 399    Crestview, FL 32536 US |
| cr | 2600 Dawson Road, LLC    Attn: Sam Shugart    1704 Guillionville Road    Albany, GA 31707 |
| cr | Branch Banking and Trust Company    c/o Greenberg Traurig, P.A.    Attn: Robert Soriano    625 E. Twiggs Street, Suite 100    Tampa, FL 33602 |
| cr | Crimson Portfolio, LLC    c/o McCalla Raymer, LLC    225 E. Robinson St., Ste. 660    Orlando, FL 32801 |
| cr | Colony Bank    P.O. Box 989    Fitzgerald, GA 31750 |
| cr | William and Betty Bailey    Bankruptcy Estate    6420 Amanda Court    Crestview, FL 32536 |
| intp | Tuscan Hill Subdivision Homeowners Association, Inc.    c/o Gardner Bist Wiener Wadsworth et al    Attn: Garvin B. Bowden    1399 Thomaswood Drive    Tallahassee, FL 32308 |
| cr | MED ALI, LLC and MALLY, LLC    c/o Michael A. Kaufman    1655 Palm Beach Lakes Blvd    Suite 1012    West Palm Beach, FL 33401 |
| cr | GEEZ, LLC and CMON, LLC Partnership    c/o Michael A. Kaufman    1655 Palm Beach Lakes Blvd    Suite 1012    West Palm Beach, FL 33401 |
| cr | JSHERPA, LLC and J FLOY, LLC    c/o Michael A. Kaufman    1655 Palm Beach Lakes Blvd.    Suite 1012    West Palm Beach, FL 33401 |
| cr | GTURN, LLC and GHETT TL, LLC Partnership    c/o Michael A. Kaufman    1655 Palm Beach Lakes Blvd    Suite 1012    West Palm Beach, FL 33401 |
| cr | ABRTL, LLC and AM Cert, LLC Partnership    c/o Michael A. Kaufman    1655 Palm Beach Lakes Blvd    Suite 1012    West Palm Beach, FL 33401 |
| cr | Okaloosa County Tax Collector    Okaloosa County Tax Collector    73 Eglin Pkwy N.E., Suite 111    Ft. Walton Beach, FL 32548 UNITED STATES |
| 1803078 | *2600 Dawson Road, LLC    1108 W. Broad Avenue    Albany, GA 31702 |
| 1803091 | *BB    3233 Thomasville Road    Tallahassee, FL 32308 |
| 1803101 | *CLAM Group, LLC    329 North Broad Street    Thomasville, GA 31799 |
| 1803097 | *Capital City Bank    c/o Ausley and McMullen    Attn: James Donohue    1223 S Calhoun St, POB 391    Tallahassee, FL 32302 |
| 1803108 | *Colony Bank    2509 Ledo Road    Albany, GA 31707 |
| 1803119 | *Florida Fifth &Third, LLC    c/o Universal Realty Group    2241 West Howard St.    Chicago, IL 60645 |
| 1803155 | *Sabal Financial Group, L.P.    465 N. Halstead Street    Suite 105    Pasadena, CA 91107 |
| 1803161 | *Summit Bank    345 East James Lee Blvd.    Crestview, FL 32539 |
| 1803171 | *Trustmark National Bank    238 Scenic Gulf Drive    Miramar Beach, FL 32550 |
| 1803173 | *U.S. Bank National Association    c/o Clarfield, Okon, Salomone    Pincus, P.L.    500 S. Australian Avenue, Ste. 730    West Palm Beach, FL 33401 |
| 1816229 | 2600 Dawson Road, LLC    C/O Black, Custer &Lynch, LLC    Attn: M. Jeremy Lynch    PO Box 2023    Albany, Ga. 31702 |
| 1813907 | 2600 Dawson Road, LLC    c/o Sam Shugart    1704 Guillionville Road    Albany, GA 31707 |

| | | | | | |
|---|---|---|---|---|---|
| 1803079 | 2600 Dawson Road, LLC. | c/o Black, Custer &Lynch, L.L.C. | Attn.: Eugene C. Black, Jr. | 121 Westover Blvd. | Albany, GA 31702 |
| 1803080 | A Safe Place, LLC | 1100 S.W. 4th Avenue – 21B | Delray Beach, FL 33444 | | |
| 1825089 | ABRTL LLC AND AM CERT LLC PARTNERSHIP | 4747 Executive Drive, Suite #510 | San Diego, CA 92121 | | |
| 1803081 | Alexis, Leluxe | 1100 SW 4th Avenue – 15A | Delray Beach, FL 33444 | | |
| 1803082 | Alexis, Marie Fanie | 1100 SW 4th Avenue | Unit 15A | Delray Beach, FL 33444 | |
| 1804025 | American InfoSource LP as agent for | T Mobile/T–Mobile USA Inc | PO Box 248848 | Oklahoma City, OK 73124–8848 | |
| 1803083 | Ameris | P.O. Box 3668 | Moultrie, GA 31776 | | |
| 1803084 | Ameris | c/o Rogers Towers P.A. | Attn.: Ellsworth Summers, Jr. | 1301 Riverplace Blvd., #1500 | Jacksonville, FL 32207 |
| 1806272 | Ameris Bank | c/o J. Ellsworth Summers, Jr., Esq. | Rogers Towers, P.A. | 1301 Riverplace Blvd., Suite 1500 | Jacksonville, FL 32207 |
| 1803090 | BB &T | c/o Greenberg Traurig, P.A. | Attn.: John K. Londot | 101 East College Avenue | Tallahassee, FL 32302 |
| 1803085 | Bailey, Betty W. | 6420 Amanda Court | Crestview, FL 32536 | | |
| 1803086 | Bailey, William | 6420 Amanda Court | Crestview, FL 32536 | | |
| 1803087 | Bailey, William A. | 6420 Amanda Court | Crestview, FL 32536 | | |
| 1803088 | Bailey, William and Betty | 6420 Amanda Court | Crestview, FL 32536 | | |
| 1832512 | Bankruptcy Estate of William &Betty Bailey | C/O Sherry F. Chancellor, Trustee | 619 West Chase St. | Pensacola, Florida 32502 | |
| 1803089 | Bay County Tax Collector | P.O. Box 2285 | Panama City, FL 32402 | | |
| 1803092 | Bella's Hair Salon | 2610 Dawson Road, #12 | Albany, GA 31707 | | |
| 1803093 | Block USA, Gulf Coast Div. | P.O. Box 1227 | Mobile, AL 36633 | | |
| 1803094 | Block USA, Gulf Coast Div. | c/o McDonald–Fleming–Moorhead | Attn.: Tanya Vaughn | 25 West Government St. | Pensacola, FL 32502 |
| 1803095 | Brunson Martial Arts | 2610 Dawson Road, #19 | Albany, GA 31707 | | |
| 1803103 | CLAM Group, LLC. | c/o Thomas B. Woodward, Esq. | Attn.: Thomas B. Woodward | 104 W. 4th Avenue | Tallahassee, FL 32303 |
| 1803102 | CLAM Group, LLC. | c/o Whitehurst, Blackburn &Warren | Attn.: William H. Blackburn | 809 S. Broad St. | Thomasville, GA 31792 |
| 1803105 | CMJM Properties, LLC | 6615 W. Boynton Beach Blvd., Suite 396 | Boynton Beach, FL 33437 | | |
| 1803096 | Capital Circle Comm. Center Assoc. | c/o Service Plus Office Machine | 500 Capital Circle S.E. | Tallahassee, FL 32301 | |
| 1803098 | Capital City Bank | c/o Ausley &McMullen | Attn.: James Donahue | 123 S Calhoun St, POB 391 | Tallahassee, FL 32302 |
| 1803099 | Center for Balance &Well Being | 2610 Dawson Road, #6 | Albany, GA 31707 | | |
| 1803100 | Center for Balance and Well Being | 2610 Dawson Road, #6 | Albany, GA 31707 | | |
| 1803104 | Clark, Keith H. | 145 County Club Road | Shalimar, FL 32579 | | |
| 1803106 | Coach's | 2610 Dawson Road, #10 and #11 | Albany, GA 31707 | | |
| 1803107 | Colony | c/o Langley &Lee, LLC | Attn.: Timothy O. Davis | P.O. Box 607 | Albany, GA 31702–0607 |
| 1829657 | Colony Bank | P.O. Box 989 | Fitzgerald, GA 31750 | | |
| 1803109 | Commercial Bank | Attn.: Fred Jefferson | 101 S. Crawford Street | Thomasville, GA 31792 | |
| 1803110 | Critchfield, Rachel | 108 Hillside Ct. | Leesburg, GA 31763 | | |
| 1803111 | Crutchfield, Rachel | 108 Hillside Ct. | Leesburg, GA 31763 | | |
| 1820021 | David M. Wolfson | 1010 Williams Street | Valdosta, Georgia 31601 | | |
| 1803112 | Deborah Dunlap | P.O. Box 6161 | Vero Beach, FL 32961 | | |
| 1803113 | Douglas E. Turner | P. O. Box 6719 | Miramar Beach, FL 32550 | | |
| 1803114 | Fadoasse, Chavanne | 1100 SW 4th Avenue – 4B | Delray Beach, FL 33444 | | |
| 1803115 | Fall Ridge of Delray Condo Assoc | c/o James M. Painter, Esq. | 1300 N. Federal Highway | Suite 110 | Boca Raton, FL |
| 1803116 | Fall Ridge of Delray Condominium | Association, Inc. | 6615 W. Boynton Beach Blvd. | Suite 396 | Boynton Beach, FL 33437 |
| 1803117 | Federal National Mortgage Assoc | c/o Law Offices of Daniel C. Consuegra | Attn.: Maria T. Palacios | 9204 King Palm Drive | Tampa, FL 33619–1328 |
| 1803118 | Federal National Mortgage Association | c/o Law Offices of Daniel C. Consuegra | 9204 King Palm Drive | Tampa, FL 33619–1328 | |
| 1805660 | Florida Fifth And Third, LLC | c/o Eyal Berger, Esq. | Akerman Senterfitt | 350 E. Las Olas Blvd – Suite 1600 | Fort Lauderdale, FL 33301 |
| 1803120 | Florida Fifth and Third, LLC | c/o Morgan, Olsen &Olsen | Attn.: Walter Morgan | 633 S. Federal Highway | Ft. Lauderdale, FL 33301 |
| 1803121 | Flowers, Jr., Langdon S. | 329 North Broad Street | Thomasville, GA 31799 | | |
| 1803122 | Frederick E. Turner | 254 Rose Hill Drive North | Tallahassee, FL 32312 | | |
| 1827541 | GEEZ LLC AND CMON LLC PARTNERSHIP | 4747 Executive Drive, Suite #510 | San Diego, CA 92121 | | |
| 1803123 | George C. McIntosh | 236 Willow Lake Drive | Leesburg, GA 31763 | | |
| 1803124 | Georgia Personnel Services | 2610 Dawson Road, #8 | Albany, GA 31707 | | |
| 1803125 | Gonzales, Yasmin | 1100 SW 4th Avenue – 10C | Delray Beach, FL 33444 | | |
| 1803126 | Grady County Tax Commissioner | 114 First Street, N.E. | Cairo, GA 39828 | | |
| 1827537 | Gturn LLC AND GHETT TL LLC PARTNERSHIP | 4747 Executive Drive, Suite #510 | San Diego, CA 92121 | | |
| 1803127 | Guillaume, Iliomene | 1100 SW 4th Avenue, #11B | Delray Beach, FL 33444 | | |
| 1803128 | Guillaume, Illiomen | 1100 SW 4th Avenue – 11B | Delray Beach, FL 33444 | | |
| 1803129 | Heritage Plantation Community | Development District | 3434 Colwell Avenue | Suite 200 | Tampa, FL 33614 |

| | | |
|---|---|---|
| 1803130 | Heritage Plantation Homeowners    Association    6615 W. Boynton Beach Boulevard    Suite 396    Boynton Beach, FL 33437 | |
| 1803131 | Highland Land    6615 W. Boynton Beach Blvd.    Suite 396    Boynton Beach, FL 33437 | |
| 1803132 | Hopkins, Brian and Ashley    138 Fairthorne Drive    Leesburg, GA 31763 | |
| 1803133 | Inman, J.C.    398 Charles Circle    Pace, FL 32571 | |
| 1827540 | JSHERPA LLC AND J FLOY LLC PARTNERSHIP    4747 Executive Drive, Suite #510    San Diego, CA 92121 | |
| 1803134 | Jules, Julener    1100 SW 4th Avenue – 3C    Delray Beach, FL 33444 | |
| 1820022 | Karl E. Osmus    David M. Wolfson, P.C.    1010 Williams Street    Valdosta, Georgia 31601 | |
| 1827100 | Kevin A. Forsthoefel    Ausley &McMullen    123 South Calhoun Street    Tallahassee, Florida 32301 | |
| 1803135 | Kirbo &Kirbo    Attn.: Glenn Kirbo    2405 Westgate Dr.    Albany, GA 31707 | |
| 1803136 | Langdon S. Flowers, Jr.    329 North Broad Street    Thomasville, GA 31799 | |
| 1803137 | Lee County Tax Collector    100 Starksville Ave. N.    Leesburg, GA 31763 | |
| 1828150 | Lee County Tax Commissioner    P.O. Box 9    Leesburg, GA 31763 | |
| 1803138 | Leon County Tax Collector    P.O. BOx 1835    Tallahassee, FL 32302 | |
| 1803140 | Losowe Capital, Inc.    6615 W. Boynton Beach Blvd.    Suite 396    Boynton Beach, FL 33437 | |
| 1803139 | Losowe Capital, Inc.    c/o James M. Painter, Esq.    1300 N. Federal Highway    Suite 110    Boca Raton, FL 33432–2848 | |
| 1827560 | MED ALI LLC AND MALLY LLC PARTNERSHIP    4747 Executive Drive, Suite #510    San Diego, CA 92121 | |
| 1803141 | Marc, Marcel    1100 SW 4th Avenue – 11A    Delray Beach, FL 33444 | |
| 1803142 | McIntosh, George C.    236 Willow Lake Drive    Leesburg, GA 31763 | |
| 1819697 | Melissa A. Youngman    McCalla Raymer, LLC    225 E. Robinson St., Ste. 660    Orlando, FL 32801 | |
| 1803143 | Miami Plantation    c/o Perry &Walters, LLP    Attn.: Richard Fields    212 North Westover Blvd.    Albany, GA 31708 | |
| 1803144 | Miami Plantation, LLC    P.O. Box 997    Thomasville, GA 31799 | |
| 1840474 | Michael A. Kaufman, Esq.    Michael A. Kaufman, P.A.    1655 Palm Beach Lakes Blvd.    Suite 1012    West Palm Beach, FL 33401 | |
| 1803145 | Moise, Yvette    1100 SW 4th Avenue – 9B    Delray Beach, FL 33444 | |
| 1803146 | National Maintenance    c/o Mike Roberts    1219 W. Main Cross Rd.    Findley, OH 45840 | |
| 1803147 | Odean, Alex    1100 SW 4th Avenue – 2C    Delray Beach, FL 33444 | |
| 1803148 | Okaloosa County Tax Collector    P.O. Box 1390    Niceville, FL 32588–1390 | |
| 1843843 | Oklaoosa County Tax Collector    c/o Philip A. Bates, P.A.    P.O. Box 1390    Pensacola, FL 32591–1390 | |
| 1803149 | Palm Beach County Tax Collector    P.O. Box 3353    West Palm Beach, FL 33402–3353 | |
| 1820109 | Palm Beach County Tax Collector    PO Box 3715    West Palm Beach, FL 33402–3715 | |
| 1803150 | Paulzak, Gary    348 SW Miracle Strip Parkway    Suite 3A    Fort Walton Beach, FL 32548 | |
| 1803151 | Phoenix Realty Partners, Inc.    6615 W. Boynton Beach Blvd.    Suite 396    Boynton Beach, FL 33437 | |
| 1803152 | Prochette, Josette    1100 SW 4th Avenue, 18C    Delray Beach, FL 33444 | |
| 1803153 | Reeves Construction    2615 Old Jim Davis Road    Albany, GA 31707 | |
| 1803154 | Reeves Construction    c/o Moore, Clarke, Duvall, et al.    Attn.: Willis A. Duvall, Jr.    2829 Old Dawson Road    Albany, GA 31708–1727 | |
| 1814297 | Robert A. Soriano, Esq.    Greenberg Traurig, P.A.    625 East Twiggs Street, Suite 100    Tampa, FL 33602 | |
| 1803156 | Saimpolin, Dauthan    1100 SW 4th Avenue – 10A    Delray Beach, FL 33444 | |
| 1803157 | Seaview Aquariums    2610 Dawson Road, #1    Albany, GA 31707 | |
| 1803158 | Southern Coastal Construction    &Development, LLC    6615 W. Boynton Beach Blvd.    Suite 396    Boynton Beach, FL 33437 | |
| 1803159 | Southern Coastal Construction    Development, LLC    6615 W. Boynton Beach Blvd.    Suite 306    Delray Beach, FL 33444 | |
| 1803160 | Stinson, Tommy and Tonie Logan    262 Willow Lake Drive    Leesburg, GA 31763 | |
| 1803162 | Summit Bank, N.A.    c/o Mead Law Firm    Attn: John S. Mead    24 Walter Martin Rd. NE, #2    Ft. Walton Bch, FL 32548 | |
| 1819171 | Summit Bank, N.A.    c/o Philip A. Bates, P.A.    P. O. Box 1390    Pensacola, FL 32591–1390 | |
| 1808989 | Summit Bank, N.A.    c/o Philip A. Bates, P.A.    P.O. Box 1390    Pensacola, FL 32591–1390 | |
| 1803163 | Surin, Fernema    1100 SW 4th Avenue – 18C    Delray Beach, FL 33444 | |
| 1803165 | Synovus    c/o Elliott, Blackburn, &Gooding, P.C.    Attn.: Walter G. Elliott    3016 North Patterson St.    Valdosta, GA 31602 | |
| 1803164 | Synovus    c/o Page, Scrantom, Sprouse, et al.    Attn.: Stephen G. Gunby    1111 Bay Avenue, 3rd Flr.    Columbus, GA 31902–1199 | |
| 1803166 | Synovus Bank and Trust;    Div. of Synovus Bank    Attn.: John Creech, Sr. Dir.    1148 Broadway    Columbus, GA 31902 | |
| 1803167 | Tarver, Annesta    1100 SW 4th Avenue – 4A    Delray Beach, FL 33444 | |
| 1803168 | The St. Joe Company    113 South WaterSound Parkway    WaterSound, FL 32413 | |
| 1803169 | Thomas County Tax Collector    P.O. Box 3175    Thomasville, GA 31799 | |
| 1803170 | Thomasville National Bank    P.O. Box 1999    Thomasville, GA 31799 | |
| 1803172 | Trustmark National Bank    c/o Clark, Partington, Hart, et al.    Attn.: William E. Bond, Jr.    125 W. Roman St., #800    Pensacola, FL 32591–3010 | |
| 1803175 | US National Bank Assoc    c/o Clarfield, Okon, Salomone, et al.    Attn.: Sandra Rodriguez–Hickman    500 S. Autralian Ave., #730    West Palm Bch, FL 33401 | |
| 1803174 | Unique Accessories    2610 Dawson Road, #14    Albany, GA 31707 | |
| 1803176 | Wade, Ricky    1102 Ogelthorpe Street    Albany, GA 31707 | |
| 1803177 | Wakulla County Tax Collector    P.O. Box 280    Crawfordville, FL 32326 | |
| 1803178 | Walden &Kirkland    P.O. Box 1787    Albany, GA 31702 | |

| | | | | |
|---|---|---|---|---|
| 1803179 | Waterfall Townhome Owners' Assoc., Inc. | 6615 W. Boynton Beach Blvd. | Suite 396 | Boynton Beach, FL 33437 |
| 1803180 | William and Betty Bailey | c/o Zalkin Revell, PLLC. | Attn.: Teresa M. Dorr | 2441 US Highway 98 W, #109    Santa Rosa Bch, FL 32459 |

TOTAL: 143